JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAN MIN,<br><br>                    Petitioner,<br><br>        v.<br><br>ERNESTO SANTACRUZ Jr., et. al.,<br><br>                    Respondents. | Case No. CV 25-10971-MEMF (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: April 22, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE